In the Matter of the Election of Directors of R. HOE & CO., INC. NEIL P. CULLOM, Appellant; HOWARD E. REIN et al., Respondents.

Submitted October 3, 1955; decided October 13, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 309 N. Y. 719.]

In the Matter of ROBERT MCDONALD, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted October 3, 1955; decided October 13, 1955.

*Robert McDonald*, in person, for motion.

No one opposed.

Motion denied.